**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| BRITTANY DAWN JENKINS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-00104-JAG |
| ) | |
| A. A. LIPPA, JR., et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION**
**FOR DISMISSAL WITH PREJUDICE**

The parties to this action, by and through counsel, and pursuant to Rules 41(a)(1)(A)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate, in consideration of the Settlement Agreement and Release executed by them to the dismissal with prejudice of this action, including all claims stated herein, preserving the jurisdiction of the Court to enforce the provisions of the Settlement Agreement and Release pursuant to *Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S. 375 (1994), with each party to bear his own costs and attorneys' fees other than the amounts to be paid pursuant to the Settlement Agreement and Release.

DATED:  October 17, 2018

/s/
Jonathan E. Halperin, Esq. (VSB No. 32698)
Andrew Lucchetti, Esq. (VSB No. 86631)
Halperin Law Center, LLC
5225 Hickory Park Drive, Suite B
Glen Allen, VA 23059
Phone: (804) 527-0100
Facsimile: (804) 597-0209
jonathan@halperinlegal.com
andrew@halperinlegal.com
*Counsel for Plaintiff*

and

/s/
William W. Tunner (VSB No. 38358)
John P. O'Herron (VSB No. 79357)
ThompsonMcMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, VA 23219
Telephone: (804) 698-5933
Facsimile: (804) 780-1813
wtunner@t-mlaw.com
joherron@t-mlaw.com
*Counsel for Defendants Roger Harris,
Brandon Handy, and John Durbin*

and

/s/
William F. Etherington (VSB No. 14152)
Thomas N. Jamerson (VSB No. 75035)
1001 Boulders Parkway, Suite 510
Richmond, VA 23225
Telephone: (804) 788-1500
Facsimile: (804) 788-0135
wetherington@bealelaw.com
tjamerson@bealelaw.com
*Counsel for Defendants A. A. Lippa, Jr.
and Aaron Garthaffner*